1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ALCALA FARIAS, ) | 1:07cv0443 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER VACATING JUNE 28, 2007, SCHEDULING CONFERENCE |
| v. ) | |
| CITIBANK USA, ) | |
| Defendant. ) | |

    Plaintiff Manuel Alcala Farias, appearing pro se and in forma pauperis, filed the instant complaint on March 21, 2007.  The Court is in the process of screening the complaint and the scheduling conference set for June 28, 2007, at 8:30 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck, is therefore VACATED.

    IT IS SO ORDERED.

    Dated: **March 28, 2007**          **/s/ Dennis L. Beck**
9b0hie                                              UNITED STATES MAGISTRATE JUDGE

1