IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ALCALA FARIAS,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITIBANK USA,<br><br>            Defendant.<br>_____ / | Case No. 1:07-cv-0443 AWI TAG<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br>(Doc. 16) |

     Plaintiff Manual Alcala Farias, proceeding pro se and in forma pauperis, filed a civil rights complaint, 42 U.S.C. § 1983.  (Docs. 1, 5).  On March 29, 2007, the Court dismissed Plaintiff's complaint without prejudice and ordered him to file an amended complaint on or before May 1, 2007.  (Doc. 9).  On May 8, 2007, the Court issued an order to show cause, directing Plaintiff to explain why he had failed to comply with the March 29, 2007, order to file an amended complaint.  (Doc. 13).  Although Plaintiff filed a written response and personally appeared at the show-cause hearing, he did not provide an adequate or comprehensible explanation for his failure to file an amended complaint.  (Doc. 14; see Doc. Entry 15).

     On June 15, 2007, the Magistrate Judge filed a report and recommendation, recommending that this case be dismissed due to Plaintiff's failure to comply with the March 29, 2007, court order.  (Doc. 16).  This document was served on Plaintiff and contained notice that any objections were to be filed within fifteen (15) days of the date of service.  (Id.).  To date Plaintiff has not objected to the report and recommendation.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case.

1  Having carefully reviewed the entire file, the Court finds the report and recommendation filed on
2  June 15, 2007, to be supported by the record and by the Magistrate Judge's analysis.
3      Accordingly, IT IS HEREBY ORDERED that:
4      1. The report and recommendation (Doc. 16), filed June 15, 2007, is ADOPTED IN FULL;
5      2. Plaintiff's civil rights action is DISMISSED WITH PREJUDICE for failure to comply
6  with the Court's March 29, 2007, order (Doc. 9); and
7      3. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   July 9, 2007**                         /s/ **Anthony W. Ishii**
                                              UNITED STATES DISTRICT JUDGE